IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC; AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; WAYPORT, INC., AND CRICKET WIRELESS LLC,<br><br>    Defendants<br><br>    and<br><br>SIERRA WIRELESS AMERICA INC.,<br><br>    Intervenor. | Civil Action No. 12-cv-193-LPS<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC; AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; and WAYPORT, INC.,<br><br>    Defendants. | C.A. No. 13-cv-1631-LPS<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. and T-MOBILE US, INC.,<br><br>    Defendants. | C.A. No. 13-cv-1632-LPS<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. and T-MOBILE US, INC.,<br><br>    Defendants. | C.A. No. 13-cv-1633-LPS<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC.; SPRINT SPECTRUM L.P., BOOST MOBILE, LLC; and VIRGIN MOBILE USA, L.P.,<br><br>    Defendants<br><br>    and<br><br>SIERRA WIRELESS AMERICA INC.,<br><br>    Intervenor. | C.A. No. 13-cv-1634-LPS<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC.; SPRINT SPECTRUM L.P., BOOST MOBILE, LLC; and VIRGIN MOBILE USA, L.P.,<br><br>    Defendants. | C.A. No. 13-cv-1635-LPS<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant. | Civil Action No. 13-cv-1636-LPS<br><br>**JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant. | Civil Action No. 13-cv-1637-LPS<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION REGARDING NARROWING OF ISSUES BETWEEN PLAINTIFF INTELLECTUAL VENTURES I LLC AND ALL DEFENDANTS**

In an effort to streamline the proceedings and narrow the issues for trial, the parties have conferred and reached agreement on stipulations relating to the future conduct of the proceedings. Accordingly, the parties stipulate as follows:

(1) Plaintiff Intellectual Ventures I LLC ("Plaintiff") withdraws its allegations of infringement against Defendants with respect to U.S. Patent No. 6,131,032 (the "'1032 Patent").

(2) Plaintiff withdraws its allegations of infringement against Defendants with respect to U.S. Patent No. 7,343,011 (the "'011 Patent").

(3) Pursuant to the Court's claim construction ruling of March 24, 2015 (C.A. No. 12-193, D.I. 438), the Court held that there was no corresponding structure with

respect to the "external interface means" identified in Claim 8 of U.S. Patent No. 5,768,509 (the "'509 Patent"). On that basis, the parties stipulate to a judgment of invalidity with respect to Claim 8 of the '509 Patent, with all rights to appeal preserved. Plaintiff voluntarily withdraws its allegations of infringement with respect to all remaining claims of the '509 Patent (the "Withdrawn '509 Patent Claims"), and Plaintiff's claims relating to the Withdrawn '509 Patent Claims shall be dismissed with prejudice.

(4) In an effort to streamline the litigation and focus the parties and the Court's resources, the parties jointly agree to stay all proceedings relating to U.S. Patent No. 7,496,674 (the "674 Patent") pending the final completion of any appeal of the determination of invalidity of claims of the '674 Patent by the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office ("PTAB"). Defendants agree that they will not use this stipulation in support of a motion for a stay in this or any other case. Plaintiff agrees that, if the determination of the PTAB is affirmed at the conclusion of all appeals with respect to all asserted claims, Plaintiff will dismiss with prejudice all claims of infringement with respect to the '674 Patent.

(5) The following claims and counterclaims relating to the '1032 and '011 Patents shall be dismissed with prejudice:

   a. Counts 7 and 13 of the Fourth Amended Complaint of Intellectual Ventures I LLC against AT&T Mobility, et al. (C.A. No. 12-193, D.I. 332);

   b. Counts 7 and 13 of the Third Amended Complaint of Intellectual Ventures I LLC against T-Mobile USA, Inc., et al. (C.A. No. 13-1632, D.I. 100);

    c. Counts 6 and 11 of the Third Amended Complaint of Intellectual Ventures I LLC against Nextel Operations, Inc., et al. (C.A. No. 13-1634, D.I. 219); and

    d. Count 4 of the Second Amended Complaint of Intellectual Ventures I LLC against United States Cellular Corporation (C.A. No. 13-1636, D.I. 3).

(6) The following counterclaims relating to the non-infringement and invalidity of the '1032 and '011 patents shall be dismissed without prejudice as moot:

    a. Counterclaims 11, 12, 21, and 22 of Nextel Operations, Inc., et al.'s Answer and Counterclaims to Third Amended Complaint (C.A. No. 13-1634, D.I. 231);

    b. Counterclaims 25 and 26 of Nextel Operations, Inc., et al.'s Answer and Counterclaims to Third Amended Complaint (C.A. No. 13-1634, D.I. 231), solely to the extent that the counterclaims relate to the '011 Patent; and

    c. Counterclaim Counts 5 and 6 of Sierra Wireless America Inc.'s Answer to Fourth Amended Complaint and Counterclaims (C.A. No. 12-193, D.I. 354).

    d. Counterclaim Counts 5 and 6 of Sierra Wireless America Inc.'s Answer to Third Amended Complaint and Counterclaims (C.A. No. 12-1634, D.I. 223).

(7) The parties shall bear their own fees and costs with respect to such dismissed claims and counterclaims.

Dated: August 5, 2015                            Respectfully submitted,

FARNAN LLP                                            ROSS ARONSTAM & MORITZ LLP

/s/ Brian E. Farnan                       /s/ Benjamin J. Schladweiler
Brian E. Farnan (No. 4089)             Benjamin J. Schladweiler (No. 4601)
919 North Market Street, 12th Floor     100 S. West Street, Suite 400
Wilmington, Delaware 19801           Wilmington, DE  19801

| | |
|---|---|
| (302) 777-0300<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | (302) 576-1600<br><br>bschladweiler@ramllp.com<br><br>*Attorneys for AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., Wayport, Inc. SBC Internet Services Inc., and Cricket Wireless LLC* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Jennifer Ying<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>jying@mnat.com<br><br>*Attorneys for T-Mobile USA, Inc., T-Mobile US, Inc., Nextel Operations, Inc., Sprint Spectrum, L.P., Boost Mobile, LLC; and Virgin Mobile USA, L.P.* | /s/ Steven J. Fineman<br>Steven J. Fineman (Bar No. 4025)<br>Katharine C. Lester (Bar No. 5629)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>lester@rlf.com<br><br>*Attorneys for Defendant United States Cellular Corporation* |

SO ORDERED THIS _____ day of August, 2015.

_____
The Honorable Leonard P. Stark