IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-193 (LPS) |
| ) | |
| AT&T MOBILITY LLC; AT&T MOBILITY ) | |
| II LLC; NEW CINGULAR WIRELESS ) | |
| SERVICES, INC.; SBC INTERNET ) | |
| SERVICES, INC.; WAYPORT, INC., and ) | |
| CRICKET WIRELESS LLC, ) | |
| ) | |
| Defendants. ) | |
| | |
| INTELLECTUAL VENTURES II LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-1631 (LPS) |
| ) | |
| AT&T MOBILITY LLC; AT&T MOBILITY ) | |
| II LLC; NEW CINGULAR WIRELESS ) | |
| SERVICES, INC.; SBC INTERNET ) | |
| SERVICES, INC.; and WAYPORT, INC., ) | |
| ) | |
| Defendants. ) | |
| | |
| INTELLECTUAL VENTURES I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-1632 (LPS) |
| ) | |
| T-MOBILE USA, INC. and T-MOBILE US, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1634 (LPS) |
| | ) |
| NEXTEL OPERATIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE LLC and VIRGIN MOBILE USA, L.P., | ) |
| | ) |
| Defendants. | ) |
| INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-1635 (LPS) |
| v. | ) |
| | ) |
| NEXTEL OPERATIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE LLC and VIRGIN MOBILE USA, L.P., | ) |
| | ) |
| Defendants. | ) |
| INTELLECTUAL VENTURES I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-1636 (LPS) |
| v. | ) |
| | ) |
| UNITED STATES CELLULAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1637 (LPS) |
| | ) |
| UNITED STATES CELLULAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

2



| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY LLC; AT&T MOBILITY II LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>　　　　　Defendants. | C.A. No. 15-799 (LPS) |
| INTELLECTUAL VENTURES I LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC. and T-MOBILE US, INC.,<br><br>　　　　　Defendants. | C.A. No. 15-800 (LPS) |

### DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT TESTIMONY

Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Evidence 702, Defendants AT&T Mobility LLC; AT&T Mobility II LLC; New Cingular Wireless Services, Inc.; SBC Internet Services, Inc.; Wayport, Inc., and Cricket Wireless LLC (collectively "AT&T"); Nextel Operations, Inc. and Sprint Spectrum L.P. (collectively "Sprint"); T-Mobile USA Inc. and T-Mobile US, Inc. (collectively "T-Mobile"); and United States Cellular Corporation ("U.S. Cellular") (all together, "Defendants") hereby move, as follows:

1.　　　Pursuant to Fed. R. Civ. P. 56, Defendants AT&T and T-Mobile move for summary judgment of patent exhaustion concerning U.S. Patent No. 6,170,073 (the "'073 Patent").

2.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T and T-Mobile move for summary judgment of no infringement of U.S. Patent No. 5,960,032 (the "'0032 Patent").

3.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T and T-Mobile move for summary judgment of patent ineligibility under 35 U.S.C. § 101 for all asserted claims of the '0032 Patent.

4.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T and T-Mobile move for summary judgment of invalidity of the '0032 Patent as being anticipated and/or rendered obvious by prior art under 35 U.S.C. §§ 102/103.

5.     Pursuant to Fed. R. Evid. 702, Defendants AT&T and T-Mobile move to exclude the testimony of Plaintiff Intellectual Ventures I, LLC's damages expert, Walter Bratic, concerning the '0032 Patent.

6.     Pursuant to Fed. R. Evid. 702, Defendants AT&T and T-Mobile move to exclude the testimony of Plaintiff Intellectual Ventures I, LLC's technical expert, Dr. Branimir Vojcic.

7.     Pursuant to Fed. R. Evid. 702, Defendants AT&T and T-Mobile move to exclude certain portions of the testimony of Plaintiff Intellectual Ventures I, LLC's technical expert, Dr. Todd Moon, concerning the '0032 Patent.

8.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T, Sprint, T-Mobile, and U.S. Cellular move for summary judgment of patent ineligibility under 35 U.S.C. § 101 for all asserted claims of U.S. Patent No. RE41,490 (the "'490 Patent") and U.S. Patent No. RE43,306 (the "'306 Patent").[1]

---

[1]     Defendant U.S. Cellular does not join in any of the motions for summary judgment or motions to exclude testimony relating to the '306 Patent, because that patent is not asserted against it.

9.      Pursuant to Fed. R. Civ. P. 56, Defendants AT&T, Sprint, and T-Mobile move for summary judgment of no infringement of the '490 Patent and '306 Patent.

10.     Pursuant to Fed. R. Civ. P. 56, Defendant U.S. Cellular moves for summary judgment of no infringement of the '490 Patent.

11.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T, Sprint, and T-Mobile move for summary judgment of no infringement of U.S. Patent No. 5,790,793 (the "'793 Patent").

12.     Pursuant to Fed. R. Civ. P. 56, Defendant AT&T moves for summary judgment of no willful infringement of the '793 Patent.

13.     Pursuant to Fed. R. Evid. 702, Defendants AT&T, Sprint, T-Mobile, and U.S. Cellular move to exclude the testimony of Plaintiff Intellectual Ventures I, LLC's damages expert, Walter Bratic, concerning the '490 Patent and '306 Patent.[2]

14.     Pursuant to Fed. R. Evid. 702, Defendants AT&T, Sprint, and T-Mobile move to exclude the testimony of Plaintiff Intellectual Ventures I, LLC's damages expert, Walter Bratic, concerning the '793 Patent.

15.     Pursuant to Fed. R. Evid. 702, Defendants AT&T, Sprint, T-Mobile, and U.S. Cellular move to exclude certain portions of the testimony of Plaintiff Intellectual Ventures I, LLC's technical expert, Dr. Tim Williams, concerning the '490 Patent, '306 Patent, and '793 Patent.[3]

16.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T, Sprint, and U.S. Cellular move for summary judgment of patent ineligibility under 35 U.S.C. § 101 for all asserted claims of U.S. Patent No. 5,339,352 (the "'352 Patent").

---

[2]   *See supra*, n.1.

[3]   *See supra*, n.1.  U.S. Cellular also does not join in any motion regarding the '793 Patent, as that patent has not been asserted against it.

17.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T, Sprint, and U.S. Cellular move for summary judgment of invalidity of the '352 Patent as being anticipated and/or rendered obvious by prior art under 35 U.S.C. §§ 102/103.

18.     Pursuant to Fed. R. Civ. P. 56, Defendants AT&T, Sprint, and U.S. Cellular move for summary judgment of no infringement of the '352 Patent.

19.     Pursuant to Fed. R. Evid. 702, Defendants AT&T, Sprint, and U.S. Cellular move to exclude certain portions of the testimony of Plaintiff Intellectual Ventures II, LLC's technical expert, Dr. Tim Williams, concerning the '352 Patent.

20.     Pursuant to Fed. R. Evid. 702, Defendants Sprint and U.S. Cellular move to exclude certain portions of the testimony of Plaintiff Intellectual Ventures II, LLC's technical expert, Dr. Cynthia Lee, concerning the '352 Patent.

21.     Pursuant to Fed. R. Evid. 702, Defendants AT&T, Sprint, and U.S. Cellular move to exclude the testimony of Plaintiff Intellectual Ventures II, LLC's expert, William Alexander, concerning the '352 Patent.

22.     Pursuant to Fed. R. Evid. 702, Defendants AT&T, Sprint, and U.S. Cellular move to exclude the testimony of Plaintiff Intellectual Ventures II, LLC's damages expert, Walter Bratic, concerning the '352 Patent.

23.     Pursuant to Fed. R. Evid. 702, Defendants AT&T, Sprint, T-Mobile, and U.S. Cellular move to exclude the testimony of Plaintiffs Intellectual Ventures I & II, LLC's damages expert, John Storch.

The grounds for these motions are set forth in Defendants' opening brief submitted herewith.

6

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for T-Mobile USA, Inc., T-Mobile US, Inc., Nextel Operations, Inc., Sprint Spectrum, L.P., Boost Mobile LLC, and Virgin Mobile USA, L.P.*

OF COUNSEL:

Josh Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Mark N. Reiter
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3360

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
(202) 955-8500

Alison R. Watkins
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5300

ROSS ARONSTAM & MORITZ LLP

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)
Nicholas D. Mozal (#5838)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com
nmozal@ramllp.com

*Counsel for Defendants AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., SBC Internet Services, Inc., Wayport, Inc., and Cricket Wireless LLC*

OF COUNSEL:

Bryant C. Boren, Jr.
Jon V. Swenson
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304
(650) 739-7500

Roger Fulghum
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
(713) 229-1234

Jeffrey Baxter
Jonathan Rubenstein
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(214) 953-6500

Eric T. Syu
Casey J. McCracken
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800

Matthew R. Harvey
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO 80202
(303) 298-5700

*Attorneys for T-Mobile USA, Inc. and T-Mobile US, Inc.*


OF COUNSEL:

Brian C. Riopelle
David E. Finkelson
Kristen M. Calleja
Justin R. Lowery
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
(804) 775-1000

Rachelle H. Thompson
MCGUIREWOODS LLP
434 Fayetteville Street
Suite 2600
Raleigh, NC 27601
(919) 755-6600

*Attorneys for Sprint Spectrum LP and Nextel Operations Inc.*

Robert Maier
Eric Faragi
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500

Nicholas Schuneman
Jennifer L. Nall
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
(512) 322-2500

Gianni Cutri
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-3372

Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4696

*Attorneys for AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., SBC Internet Services, Wayport, Inc., and Cricket Wireless LLC*


RICHARDS, LAYTON & FINGER, P.A.

*/s/ Katharine L. Mowery*
_____
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
mowery@rlf.com

*Attorneys for United States Cellular Corporation*

2

OF COUNSEL:

Douglas I. Lewis
Paul E. Veith
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

John P. Wisse
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
(214) 981-3300

Ashish Nagdev
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
(650) 565-7000

*Attorneys for United States Cellular Corporation*

March 2, 2017

3

## RULE 7.1.1 STATEMENT

Pursuant to D. Del. LR 7.1.1, the undersigned hereby confirms that counsel for defendants have conferred with counsel for plaintiffs and that plaintiffs oppose defendants' motions to exclude.

*/s/ Jennifer Ying*
Jennifer Ying (#5550)