IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1632 (LPS) |
| | ) | |
| T-MOBILE USA, INC. and T-MOBILE US, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1633 (LPS) |
| | ) | |
| T-MOBILE USA, INC. and T-MOBILE US, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1634 (LPS) |
| | ) | |
| NEXTEL OPERATIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE LLC and VIRGIN MOBILE USA, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1635 (LPS) |
| | ) | |
| NEXTEL OPERATIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE LLC and VIRGIN MOBILE USA, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

INTELLECTUAL VENTURES I LLC and )
INTELLECTUAL VENTURES II LLC, )
)
        Plaintiffs, )
)
     v. )   C.A. No. 13-1652 (LPS)
)
NEXTEL OPERATIONS, INC. and SPRINT )
SPECTRUM L.P., )
)
        Defendants. )

INTELLECTUAL VENTURES I LLC and )
INTELLECTUAL VENTURES II LLC, )
)
        Plaintiffs, )
)
     v. )   C.A. No. 13-1654 (LPS)
)
T-MOBILE USA, INC. and T-MOBILE US, )
INC., )
)
        Defendants. )

INTELLECTUAL VENTURES I LLC, )
)
        Plaintiff, )
)
     v. )   C.A. No. 13-1670 (LPS)
)
NEXTEL OPERATIONS, INC. and SPRINT )
SPECTRUM L.P., )
)
        Defendants. )
)
    and )
)
ERICSSON INC. and )
TELEFONAKTIEBOLAGET LM ERICSSON, )
)
        Intervenors. )
)

INTELLECTUAL VENTURES I LLC,    )
                  )
        Plaintiff,       )
                  )
    v.            )    C.A. No. 13-1671 (LPS)
                  )
T-MOBILE USA, INC. and T-MOBILE US, )
INC.,              )
                  )
        Defendants.    )
                  )
    and           )
                  )
ERICSSON INC. and     )
TELEFONAKTIEBOLAGET LM ERICSSON, )
                  )
        Intervenors.   )

INTELLECTUAL VENTURES I LLC,    )
                  )
        Plaintiff,       )
                  )
    v.            )    C.A. No. 13-1672 (LPS)
                  )
UNITED STATES CELLULAR    )
CORPORATION,       )
                  )
        Defendant.    )
                  )
    and           )
                  )
ERICSSON INC. and     )
TELEFONAKTIEBOLAGET LM ERICSSON, )
                  )
        Intervenors.   )

INTELLECTUAL VENTURES I LLC,    )
                  )
        Plaintiff,       )
                  )
    v.            )    C.A. No. 15-800 (LPS)
                  )
T-MOBILE USA, INC. and T-MOBILE US, )
INC.,              )
                  )
        Defendants.    )

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1231 (LPS) |
| | ) | |
| NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM L.P., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1232 (LPS) |
| | ) | |
| T-MOBILE USA, INC. and T-MOBILE US, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-1233 (LPS) |
| | ) |
| UNITED STATES CELLULAR | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| ERICSSON INC. and | ) |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) |
| | ) |
| Intervenors. | ) |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE**

WHEREAS, between 2012 and 2015, Plaintiffs Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC ("IV II") (collectively, "Plaintiffs") filed the above-captioned actions against Defendants Nextel Operations, Inc., Sprint Spectrum L.P., Boost Mobile LLC and Virgin Mobile USA, L.P. (collectively, "Sprint"); T-Mobile USA, Inc. and T-Mobile US, Inc. (collectively, "T-Mobile"); and United States Cellular Corporation (all together, "Defendants"), respectively;

WHEREAS, Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Intervenors") moved to intervene in certain of the above-captioned actions on behalf of Defendants;

WHEREAS, the Court previously entered final judgments in favor of Defendants and against Plaintiffs in certain of the above-captioned actions (*see, e.g.,* C.A. No. 13-1632, D.I. 856; C.A. No. 13-1633, D.I. 585; C.A. No. 13-1634, D.I. 815; C.A. No. 13-1635, D.I. 660; C.A. No. 13-1671, D.I. 604; C.A. No. 13-1672, D.I. 575; C.A. No. 14-1233, D.I. 382; C.A. No. 15-800,

D.I. 131) to which Plaintiffs appealed;

WHEREAS, the Court entered a stay as to certain of the asserted patents in C.A. Nos. 13-1632 and 13-1634 pending appeal (*see, e.g.,* C.A. No. 13-1634, D.I. 814);

WHEREAS, Plaintiffs voluntarily dismissed their complaints in C.A. Nos. 13-1652 and 13-1654 against Sprint and T-Mobile, respectively, without prejudice;

WHEREAS, the Court previously dismissed all claims against Sprint in C.A. No. 13-1670, dismissing certain of Plaintiffs' claims against Sprint with prejudice and certain claims against Sprint without prejudice (*see* C.A. No. 13-1670, D.I. 250, D.I. 487, D.I. 489, D.I. 618);

WHEREAS, Plaintiffs, Defendants, and Intervenors have finally resolved their disputes;

IT IS HEREBY STIPULATED AND AGREED TO by Plaintiffs, Defendants, and Intervenors, subject to the approval of the Court, and pursuant to Federal Rule of Civil Procedure 41(a)(2), that:

(1) all claims for relief asserted by Plaintiffs against all Defendants in the above-captioned actions are dismissed with prejudice;

(2) all defenses and/or counterclaims for relief asserted by all Defendants in the above-captioned actions are dismissed without prejudice; and

(3) each party shall bear its own attorneys' fees, costs, and expenses.

FARNAN LLP                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian E. Farnan                                /s/ Jennifer Ying
_____                  _____
Joseph J. Farnan, III (#3945)                      Jack B. Blumenfeld (#1014)
Brian E. Farnan (#4089)                            Karen Jacobs (#2881)
Michael J. Farnan (#5165)                          Jennifer Ying (#5550)
919 North Market Street, 12th Floor                1201 North Market Street
Wilmington, DE  19801                              P.O. Box 1347
(302) 777-0300                                     Wilmington, DE  19899-1347
jfarnan@farnanlaw.com                              (302) 658-9200
bfarnan@farnanlaw.com                              jblumenfeld@mnat.com
mfarnan@farnanlaw.com                              kjacobs@mnat.com
   Attorneys for Plaintiffs Intellectual Ventures  jying@mnat.com
I LLC and Intellectual Ventures II LLC                Attorneys for Nextel Operations, Inc., Sprint
                                                   Spectrum L.P., Boost Mobile LLC, and Virgin
June 26, 2019                                      Mobile USA, L.P.; T-Mobile USA, Inc. and T-
                                                   Mobile US, Inc;, United States Cellular Corp.;
                                                   and Ericsson Inc. and Telefonaktiebolaget LM
                                                   Ericsson


SO ORDERED, this _____ day of _____, 2019.




                                   _____
                                   Honorable Leonard P. Stark